UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00206-RJC-DSC

| | |
|---|---|
| SHANETTE ROGERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **Order**<br>COMMISSIONER OF SOCIAL SECURITY, )<br>)<br>Defendant. )<br>) | |

**THIS MATTER** is before the Court on the judgment and mandate of the United States Court of Appeals for the Fourth Circuit (Doc. Nos. 28-1, 29). As explained in the Fourth Circuit's opinion (Doc. No. 28), this Court's judgment (Doc. Nos. 23, 24) was reversed in part, and this case was remanded with instructions for this Court to remand for further administrative proceedings.

**IT IS, THEREFORE, ORDERED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** for administrative proceedings consistent with the Fourth Circuit's opinion.

Signed: June 16, 2023

Robert J. Conrad, Jr.
United States District Judge